# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ignite USA, LLC

                                   Plaintiff,

v.                                                             Case No.: 1:16−cv−01928
                                                                      Honorable Andrea R. Wood

Pacific Market International, LLC

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, this case is stayed until further order of Court. In lieu of in−court status hearings, the parties are directed to file a status report every 120 days to inform the Court of the status of and any developments in the inter partes review proceedings. The first status report shall be filed by 6/15/2017. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.